**IN RE C.L.S.**

[369 N.C. 58 (2016)]

IN THE MATTER OF C.L.S.

No. 54A16

Filed 23 September 2016

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 781 S.E.2d 680 (2016), affirming an order entered on 4 March 2015 by Judge J.H. Corpening, II in District Court, New Hanover County. Heard in the Supreme Court on 29 August 2016.

*Jennifer G. Cooke for New Hanover County Department of Social Services, petitioner-appellee; and Ellis & Winters LLP, by Steven A. Scoggan, for appellee Guardian ad Litem.*

*David A. Perez for respondent-appellant father.*

PER CURIAM.

AFFIRMED.